IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUCE WILLIAMS and
TRACY GIVAN                                                              PLAINTIFFS

v.                              No. 4:19-cv-549-DPM

CITY OF LITTLE ROCK, a municipality;
KENTON BUCKNER, individually and in
his official capacity; MARK ISON, individually;
RUSS LITTLETON, individually; MARK
RAINEY, individually; and JOHN DOES 1–25,
individually                                                             DEFENDANTS

## ORDER

This case is one of four recently filed matters* raising substantially similar issues. To achieve consistency in rulings, and conserve judicial resources, this case is transferred to the Honorable James M. Moody Jr. Any objection to transfer should be made by 30 August 2019, and Judge Moody will address it. The Court directs the Clerk to make the transfer by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2019

_____

* *Caldwell, et al., v. Little Rock, et al.*, No. 4:19-cv-550-JM;
*Davis v. Little Rock, et al.*, No. 4:19-cv-551-BRW;
*Davenport, et al., v Little Rock, et al.*, No. 4:19-cv-552-JM.