IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRUCE WILLIAMS and**
**TRACY GIVAN**                                                                                  **PLAINTIFFS**

V.                                      No. 4:19-cv-549-JM

**CITY OF LITTLE ROCK, a municipality;**
**KENTON BUCKNER, individually and in**
**his official capacity; MARK ISON, individually;**
**RUSS LITTLETON, individually; MARK**
**RAINEY, individually; and JOHN DOES 1-25,**
**individually**                                                                                 **DEFENDANTS**

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

Plaintiffs have filed a motion to voluntarily dismiss their case without prejudice. The Court finds that Plaintiffs' motion to dismiss (Docket #32) should be, and hereby is, granted. The Clerk is directed to close the case.

The Court notes that Plaintiffs' right to re-file the case against the Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiffs may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiffs re-file the action against the Defendants.

IT IS SO ORDERED this 27th day of August, 2020.

_____
James M. Moody, Jr.
United States District Judge